

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00234-CV

**IN THE INTEREST OF S.J.Z.** and L.C.Z., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01562
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the trial court's order is AFFIRMED. Costs of appeal are not assessed against appellant because he qualifies as indigent.

SIGNED November 17, 2021.

_____
Irene Rios, Justice